UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR111-099, USA v. Thomas |
| | ) | CR115-086, USA v. Jordan |
| | ) | CR116-001, USA v. Bossick |
| LEAVE OF ABSENCE REQUEST | ) | CR116-024, USA v. Williams, et al |
| | ) | CR116-042, USA v. Blount |
| C. TROY CLARK | ) | CR116-044, USA v. Durate |
| September 12 through September 14, 2016 | ) | CR116-048, USA v. Mouzon, et al |
| October 10 through October 14, 2016 | ) | CR116-054, USA v. Taylor |

## ORDER

**C. Troy Clark** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **C. Troy Clark** be granted leave of absence for the following periods: **September 12, 2016 through September 14, 2016 and October 10, 2016 through October 14, 2016.**

This 12th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia