IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 115-086 |
| ) | |
| JERRY LEE JORDAN ) | |

**O R D E R**

On August 30, 2016, the Court sentenced Defendant Jerry Lee Jordan upon his guilty plea on Counts One and Two of the Information, charging respectively Conspiracy, in violation of 18 U.S.C. § 371, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A. Defendant was sentenced to serve a total term of 75 months imprisonment and ordered to pay a $200 special assessment and $507,598.22 in restitution. Defendant was also ordered to repay the Criminal Justice Act fund in the amount of $2400.

Immediately following sentencing, Defendant was remanded to the United States Marshals Service and taken into custody. During the administrative processing of Defendant, the United States Marshal discovered $6390.96 in cash upon the person of Defendant Jerry Lee Jordan.

Upon consideration, **IT IS HEREBY ORDERED** that the United States Marshal shall forthwith remit and deliver the sum of

$6390.96 to the Clerk, United States District Court, P.O. Box 1130, Augusta, GA 30903, for deposit in the registry of the Court and disbursement to the victim in this case, the Internal Revenue Service.

**ORDER ENTERED** at Augusta, Georgia this 1ST day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA